JANUARY 30, 1956.

No. 13, Original. WISCONSIN *v.* TENNESSEE. On motion for leave to file complaint. Argued January 23, 1956. Decided January 30, 1956. *Per Curiam:* The motion for leave to file the complaint is denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Vernon W. Thomson,* Attorney General, argued the cause for the State of Wisconsin, plaintiff. With him on the brief were *Stewart G. Honeck,* Deputy Attorney General, and *Roy G. Tulane* and *George F. Sieker,* Assistant Attorneys General. *Knox Bigham,* Assistant Attorney General, argued the cause for the State of Tennessee, defendant. With him on the brief

were *George F. McCanless*, Attorney General, *Allison B. Humphreys, Jr.*, Solicitor General, and *James M. Glasgow*, Assistant Attorney General.